

# Fourth Court of Appeals
## San Antonio, Texas

May 17, 2013

No. 04-12-00645-CV

**IN THE MATTER OF T.A.,**

From the 289th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-JUV-02850
Honorable Carmen Kelsey, Judge Presiding

## O R D E R

The State's brief in this precedential appeal was originally due April 12, 2013; however, the court granted the State an extension of time until May 13 to file the brief. The State has filed a motion requesting an additional thirty day extension of time.

We **grant** the motion and order the State's brief is due **June 12, 2013**. No further extensions will be granted absent a showing of extraordinary circumstances. If the brief is not filed by the date ordered, the appeal may be set for submission without a State's brief.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of May, 2013.

_____
Keith E. Hottle
Clerk of Court